United States District Court
Southern District of Texas
**ENTERED**
May 15, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| NINA TYLER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-18-1095 |
| | § | |
| MIRAND RESPONSE SYSTEMS, | § | |
| INC., | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in the accompanying Memorandum and Order, it is hereby

**ORDERED** that Mirand Response Systems, Inc.'s Motion for Summary Judgment [Doc. # 26] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.  Taxable costs are assessed against Plaintiff.

This is a final, appealable judgment.

SIGNED at Houston, Texas this 15th day of **May, 2019**.

NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE